# No. 25-1628

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,
**Appellants,**

v.

JOSEFINA DOE, *et al.*,
**Appellees.**

## APPELLANTS' FIRST MOTION FOR
## AN EXTENSION OF TIME TO FILE OPENING BRIEF

Appellants (the "Government") move this Court for an extension of time of forty-five (45) days to file the opening brief in this case, in accordance with Federal Rule of Appellate Procedure 26(b) and Local Appellate Rule 31.4. The Government's opening brief is currently due on June 11, 2025. If the Court grants this extension, the Government's brief will be due on July 26, 2025.

This is the Government's first request for an extension of time in this case. The requested extension is supported by good cause. On March 31, 2025, the Government filed a protective notice of appeal of the district court's order dated January 31, 2025, in accordance with Justice Manual

§ 2-2.132 ("If the time for appeal or cross-appeal is about to expire . . . and the United States Attorney has not received notice from the appropriate division of the Department as to whether an appeal is to be taken, a 'protective' notice of appeal should be filed in order to preserve the government's right to appeal."). On May 27, 2025, the Government also filed a protective notice of appeal of the district court's order dated March 28, 2025. It appears that the Court consolidated the two appeals on May 28, 2025, *see* Dkt. 19.

Only the Office of the Solicitor General can decide whether to pursue an appeal, and the Office of the Solicitor General has not reached a decision on whether to seek appellate review in this matter, as the appeal determination process is not complete. *See* 28 C.F.R. § 0.20(b). Accordingly, a minimum of forty-five (45) days of additional time is necessary to complete the appeal determination process and to draft the Government's opening brief, should the Office of the Solicitor General grant appeal authorization. The consolidation of the two orders on appeal also requires additional time for the Government to prepare the opening brief.

Moreover, granting the requested relief will not prejudice Appellees. The district court granted Appellees' motion for a preliminary injunction in this case, *see Doe v. Dep't of Homeland Sec.*, No. 3:24-cv-259, 2025 WL 360534 (W.D. Pa. Jan. 31, 2025), and in a subsequent order, clarified that the injunctive relief extends to the putative class, *see* Order, *Doe*, No. 3:24-cv-259 (W.D. Pa. Mar. 28, 2025). As the Government continues to comply with the terms of the district court's preliminary injunction, an extension will not prejudice Appellees.

Government counsel emailed Appellees' counsel on May 23, 2025, to obtain their position on the relief requested in the instant motion. On May 27, 2025, Appellees' counsel stated that Appellees would only consent to an extension of time of thirty (30) days and also stated that Appellees will not consent to any further extensions of time. However, Defendants make this request for a 45-day extension for the following reasons. This is the Government's first request for an extension. The Government makes this request in good faith, supported by good cause, as the Office of the Solicitor General has not determined whether to seek appellate review in this case, *see* 28 C.F.R. § 0.20. Similarly, this request is not intended to unnecessarily delay or frustrate these proceedings or prejudice any party.

Accordingly, the Government respectfully requests that the Court grant this motion for a 45-day extension of time through and including July 26, 2025, to file the opening brief in this case.

Dated: May 29, 2025

Respectfully Submitted,

| | |
|---|---|
| YAKKOV M. ROTH<br>Acting Assistant Attorney General | */s/ Daniel Schutrum-Boward*<br>DANIEL SCHUTRUM-BOWARD<br>Trial Attorney |
| LAUREN E. FASCETT<br>Senior Litigation Counsel | Department of Justice, Civil Division<br>Office of Immigration Litigation,<br>General Litigation and Appeals |
| KEVIN HIRST<br>HANA SHATILA<br>ALEXANDRA YEATTS<br>Trial Attorneys | P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: 202-919-1670<br>Email: Daniel.R.Schutrum-Boward@usdoj.gov |
| | *Counsel for Appellants* |

# CERTIFICATION OF COMPLIANCE AND SERVICE

I hereby certify that the body of this motion, including footnotes, contains 558 words, thereby satisfying the 5,200-word limit in Fed. R. App. P. 27(d)(2)(A).

I further certify that this motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) by using Microsoft Word's Book Antiqua 14-point font.

I further certify I am admitted to and have CM/ECF filing privileges with the United States Court of Appeals for the Third Circuit.

I further certify that on May 29, 2025, I caused this motion to be served on Appellees via CM/ECF.

Dated: May 29, 2025                    Respectfully submitted,

                                       */s/ Daniel Schutrum-Boward*
                                       DANIEL SCHUTRUM-BOWARD
                                       Trial Attorney