UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| JOSEFINA DOE, *et al.*, | ) |
| | ) |
|     Plaintiffs – Appellees, | ) |
| | ) |
| v. | )    Appeal No. 25-1628 |
| | ) |
| U.S. DEPARTMENT OF | ) |
| HOMELAND SECURITY, *et al.*, | ) |
| | ) |
|     Defendants – Appellants. | ) |

# MOTION TO EXTEND TIME

Pursuant to Federal Rule of Appellate Procedure 26(b) and Local Rule 31.4, Appellants request that the Court extend the time to file the opening brief by 45 days. In support, Appellants state as follows:

1. On June 2, 2025, the Court ordered that Appellants' opening brief and appendix are due on July 28, 2025.

2. This appeal corresponds to the district court's January 31, 2025, order granting a preliminary injunction, and the district court's March 28, 2025, order, which clarified that the preliminary injunction applies to the putative class. On March 31, 2025, and May 27, 2025, Appellants filed protective notices of appeal pursuant to the Justice Manual § 2-2.132, which provides that "[i]f the time for appeal or cross-appeal is about to expire . . . and the United States Attorney has not received notice from the appellate section of the appropriate division of the

Department as to whether an appeal is to be taken, a 'protective' notice of appeal must be filed by the United States Attorney in order to preserve the government's right to appeal."

3. The Solicitor General "[d]etermin[es] whether, and to what extent, appeals will be taken by the Government to all appellate courts." 28 C.F.R. § 0.20(b). The Solicitor General's Office has not yet determined whether to pursue this appeal. Appellants seek additional time to complete the appeal-determination process. Because Appellants may not pursue this appeal unless the Solicitor General authorizes them to do so, good cause supports this extension request.

4. If the Court grants a 45-day extension, the opening brief and appendix will be due on September 11, 2025.

5. The district court granted Appellees' motion for a preliminary injunction and clarified that the preliminary injunction applies to the putative class. The government has complied with the preliminary injunction. Because Appellees and the putative class members benefit from the injunctive relief that the district court granted them, a 45-day extension will not prejudice Appellees.

6. This is the second time that Appellants have requested an extension.

On the foregoing grounds, Appellants respectfully request that the Court extend the time to file the opening brief and the appendix by 45 days.

Dated: July 14, 2025                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

LAUREN E. FASCETT
Senior Litigation Counsel

HANA SHATILA
ALEXANDRA YEATTS
DANIEL SCHUTRUM-BOWARD
Trial Attorneys

*/s/ Julian Kurz*
JULIAN KURZ
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

*Counsel for Appellants*

# CERTIFICATE OF SERVICE AND COMPLIANCE

I certify that on July 14, 2025, I filed this motion with the Clerk of Court through the Court's ECF system. This motion will be electronically served on Appellees' counsel of record.

I further certify that this motion complies with Rule 27(d)(2)(A)'s type-volume limitation. It contains 358 words.

Dated: July 14, 2025 /s/ *Julian Kurz*
JULIAN KURZ
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section

*Counsel for Appellants*